

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**

**FORT WORTH**

## NO. 2-10-190-CV

ARETA NELSON                                                                                    APPELLANT

V.

DAVID B. GRAYBILL, D.O.                                                                      APPELLEE

------------

FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

In this medical malpractice case, Appellant Areta Nelson attempts to appeal

from the trial court's March 11, 2010 order granting Appellee David Graybill, D.O.'s

motion to dismiss her claims Against him.[2] Because such an appeal is accelerated,[3]

---

[1] *See* Tex. R. App. P. 47.4.

[2] *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(10) (Vernon 2008).

[3] *See* Tex. R. App. P. 28.1(a).

Appellant's notice of appeal was due March 31, 2010,[4] but she did not file it until June 9, 2010, which was untimely.[5]

On June 21, 2010, we notified Appellant that her appeal was subject to dismissal for want of jurisdiction unless, by July 1, 2010, she filed a response showing grounds for continuing the appeal.[6] No response has been filed. Accordingly, we dismiss this appeal for want of jurisdiction.[7]

                                        PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  August 12, 2010

---

[4] ... *See* Tex. R. App. P. 26.1(b), 28.1(b).

[5] ... *See* Tex. R. App. P. 26.1(b).

[6] ... *See* Tex. R. App. P. 42.3(a).

[7] ... *See* Tex. R. App. P. 42.3(a), 43.2(f).

2